# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| | § CRIMINAL ACTION NO.17-236M |
| | § |
| v. | § |
| Brad Wozniak, | § |
| | § |
| Defendant. | § |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: GLENN A. PAUL, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, AND WARDEN, PLUMMER COMMUNITY CORRECTIONS CENTER

GREETINGS: We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **Brad Wozniak** who is now detained and imprisoned in PLUMMER COMMUNITY CORRECTIONS CENTER and who is a defendant in the above-entitled cause, in which cause the said **Brad Wozniak** was charged with

UNLAWFUL DISTRIBUTION OF FETANYL, for an **INITIAL APPEARANCE ON THURSDAY, DECEMBER 21, 2017 AT 1:00 PM**, and for any other proceedings subsequent thereto including but not limited to bail and trial arising out of the said action, and to remain in the custody of the U.S. Marshal's Service until the conclusion of the charges.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute. WITNESS the Honorable Sherry R. Fallon, Magistrate Judge of the District Court of the United States for the District of Delaware, this 21st day of December, 2017.

JOHN A. CERINO, CLERK

By: _____
Deputy Clerk